Form 13-1

**FORM 13**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by **GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP**
(Name of attorney of record)

on behalf of Ecologic Industries, LLC in the matter of ECOLOGIC INDUSTRIES, LLC v. UNITED STATES, et. al., Court No. 25-00337.

1.  If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

Ecologic Industries, LLC is an Illinois LLC that is 100% owned by Ecologic Industries DE, LLC a Delaware corporation.

2.  Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest.  If not, identify below the real party in interest.

_____

_____

_____

3.  If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association.  (Attach additional pages if necessary.)

Not applicable. _____

_____

_____

*/s/ Erik D. Smithweiss*                                         December 3, 2025
GRUNFELD, DESIDERIO, LEBOWITZ                    Date
SILVERMAN & KLESTADT LLP
707 Wilshire Boulevard
Suite 4150
Los Angeles, CA 90017-3720
(213) 452-0863
Esmithweiss@gdlsk.com

(As added Nov. 4, 1981, eff. Jan. 1, 1982; and amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. Jan. 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025.)